**Motion Granted; Abatement Order filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00099-CR
_____

**ZACHARY FOYT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 79248-CR**

---

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Perry R. Stevens. On August 13, 2018, the State filed a motion for consideration of dismissal of appellate counsel and abatement for new counsel. In its motion, the State argued that Perry Stevens previously represented Monroe Stafford, appellant's co-defendant in a tampering with physical evidence case arising out of the murder conviction that forms the basis of this appeal. The State alleges that counsel's previous representation of appellant's co-defendant could result in a conflict of interest

pursuant to Rule 1.09 of the Texas Disciplinary Rules of Professional Conduct. On August 16, 2018, Perry R. Stevens responded to the State's motion and requested that the trial court hear evidence on the motion. Accordingly, we enter the following order.

We ORDER the judge of the 239th District Court to hold a hearing at which appellant, appellant's counsel, and the State's counsel shall appear. The court is directed to consider the State's motion to dismiss appellate counsel. If current counsel is dismissed, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of the hearing is made, and shall order the court reporter to forward the reporter's record of the hearing to the clerk of this court. The judge shall further order the district clerk to forward to the clerk of this court a supplemental clerk's record containing any orders dismissing current counsel and appointing new counsel. Those records shall be filed with the clerk of this court within **30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's orders are filed in this court.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.